STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Alissa Piazza Tassin
Attorney at Law
P. O. Box 429
Marksville LA 71351

**REHEARING ACTION: January 18, 2017**

**Docket Number: 16   00540-CA**

**TIFFANY M. VOISELLE**
**VERSUS**
**JOHN T. VOISELLE**

**Appealed from Avoyelles Parish Case No. 2015-1288-B**

**BEFORE JUDGES:**

> Hon. Marc T. Amy
> Hon. Elizabeth A. Pickett
> Hon. David Ellis Chatelain*

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Tiffany M. Voiselle** has this day been

> **DENIED.**

> Chatelain, J., concurs.  I vote to deny rehearing and assign additional reasons.  Ms. Voiselle relies, in part, on her post-trial memorandum to the trial court where she "provided multiple calculations . . . to illustrate her need under various scenarios."  Evidence not properly and officially offered and introduced cannot be considered, even if it is physically placed in the record. Documents attached to memoranda do not constitute evidence and cannot be considered as such on appeal.  *Denoux v. Vessel Mgmt. Servs., Inc.,* 2007-2143 (La. 5/21/08), 983 So.2d 84, 88; *City of Eunice v. CLM Equipment Co., Inc.,* 505 So.2d 976, 978 (La. App. 3 Cir. 1987).

cc: Benjamin D. James, Counsel for the Appellee

_____
        *Honorable David E. Chatelain participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore.